UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRENT JAMES COURTNEY, )<br>　　　　)<br>　　Plaintiff, )<br>　　　　)<br>　v. )<br>　　　　)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of the Social )<br>Security Administration, )<br>　　　　)<br>　　Defendant. )<br>_____ ) | Case No. EDCV 15-510 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

July 15, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge